

# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

January 12, 2015

Julie Goen Panger
THE KIECHLER LAW FIRM PLLC
619 Broadway
Lubbock, TX 79401
* DELIVERED VIA E-MAIL *

Jeffrey S. Ford
Assistant Criminal District Attorney
P.O. Box 10536
Lubbock, TX 79408
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-14-00389-CR, 07-14-00410-CR
Trial Court Case Number: 2013-437,920, 2013-400,018

**Style:** Steven Regalado v. The State of Texas

Dear Counsel:

The following has been filed in the captioned appeal:

Supplemental Clerk's Record (1 volume)

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc:   Honorable Bradley S. Underwood (DELIVERED VIA E-MAIL)
Barbara Sucsy (DELIVERED VIA E-MAIL)